STATE OF MAINE                          SUPERIOR COURT

AROOSTOOK, ss                           DOC. NO. HOUSC-RE-18-08


DANIEL RIEDY                          )
          PLAINTIFF                   )
vs.                                   )          ORDER ON
                                      )          DEFENDANTS'
JOAN WHITCOMB                         )          MOTION TO CHANGE
  and ROLAND WHITCOMB                 )          VENUE
          DEFENDANT         )


Before the court is Defendants' Motion to Change Venue. Hearing was held on September 17, 2018. Defendants' motion is based on their assertion all of the allegations contained in the pleadings occurred in Waldo County, physical evidence remains in Waldo County, Defendants reside in Waldo County with no connection to Aroostook County, and many witnesses reside in Waldo County. Plaintiff however currently and at time of filing this action resides in Aroostook County. Certainly, based on Plaintiff's residence, venue is properly initiated in Aroostook County. 14 M.R.S. § 501. Usually deference is given to plaintiff initiating venue in the county where he or she resides. Of course, venue can be changed and transferred to another county in the interests of justice, to secure a speedy trial or for other good cause. 14 M.R.S. § 508. But interests of justice and efforts to secure a speedy trial can be fully achieved without a transfer of venue. As for other good cause, many witnesses and some of the physical evidence appear to be situated in Waldo County. But some of Plaintiff's witnesses reside in Aroostook County. All in all, although it is a close call as to which county would be more convenient and cost efficient, the court does not find good cause exists to warrant a transfer of venue. Accordingly, Defendants' motion is denied.

The clerk is directed to incorporate this order into the docket by reference pursuant to M.R. Civ. P. 79(a).


Dated: September 17, 2018

                                        _____
                                        Justice, Superior Court